Prince Sillah
6240 W. Sunset Blvd., #635
Los Angeles, CA 90028

In pro se

FILED
2024 MAR 20 PM 2: 57
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___EEE___

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### (WESTERN DIVISION)

2:24-CV-02294-MEMF-DFMx

| | |
|---|---|
| ESSEX PORTFOLIO LP,<br>　　　　Plaintiff,<br><br>vs.<br><br><br>PRINCE SILLAH,<br>　　　　Defendants.  DOES 1 TO 10 | Case No.<br><br>*(Superior Court case No. 23STUD15595)*<br><br>DEFENDANT'S NOTICE OF<br>REMOVAL TO FEDERAL COURT |

1.
DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT

**TO THE HONORABLE JUDGES OF THE UNITED STATES
DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA
AND TO PARTIES AND THEIR ATTORNEYS OF RECORD:**

### THE STATE COMPLAINT

Defendant herein provides notice that pursuant to 28 U.S.C. §§ 1441 and 1446, he hereby removes to this Court, the state court action styled as ESSEX PORTFOLIO LP v. PRINCE SILLAH, County of Los Angeles Superior Court, Case Number 23STUD15595.

The following is a listing of the pleadings to date and a short and plain statement of the grounds for removal:

Although it is alleged that Plaintiff served the complaint, it still remains a disputed issue as that Defendants were never properly and personally served the complaint. A copy of the complaint is attached. **(EXHIBIT 1)**

### THIS COURT HAS FEDERAL QUESTION JURISDICTION

This Court has original jurisdiction over this case because a federal question jurisdiction exists under 28 U.S.C. § 1331, in that:

1. Plaintiff has asserted claims arising out of a residential lease agreement, which said lease agreement was investigated and determined to not be authentic, which gives claims to fraud and a violation of the federal statute of frauds, and a potential violation of 18 USC section 1001.

Under 28 U.S.C. § 1367(a), this Court has supplemental jurisdiction over Plaintiff's state law causes of action.

2.
DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT

## THE NOTICE OF REMOVAL IS PROCEDURALLY CORRECT

Pursuant to 28 U.S.C. § 1446(a), Notice of Removal in the U.S. District Court for the Central District of California, located in Los Angeles. Because the state court action is pending in the California Superior Court for the County of Los Angeles, this is the proper district for removal.

Pursuant to 28 U.S.C. § 1446(b) and Federal Rules of Civil Procedure 6 and 8l(c), Defendants filed this Notice of Removal within the time permitted for removal of complaints. It is disputed that Defendants have been properly served with a copy of the Complaint and Summons, but their right to quash service as improper remains violated by the State Court. Defendant will provide written notice of removal of this action to Plaintiff, all properly served parties and to the Los Angeles County Superior Court.

Dated: March 20, 2024

/s/Prince Sillah
PRINCE SILLAH

## CONCLUSION

For these reasons, Defendants respectfully requests that this Court proceed with this matter as if the Complaint had been originally filed in the United States District Court for the Central District of California, Western Division.

Dated: March 20, 2024

                /s/Prince Sillah
                PRINCE SILLAH

4.
DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT

# EXHIBIT 1

Case 2:24-cv-02294-MEMF-DFM Document 1 Filed 03/20/24 Page 5 of 10 Page ID #:5

| | | UD-100 |
|---|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY**    **STATE BAR NUMBER:** <br> NAME: Chris Evans #202135/Melissa Hernandez #289773 <br> FIRM NAME: Kimball, Tirey & St. John LLP <br> STREET ADDRESS: 915 Wilshire Blvd, Suite 1650 <br> CITY: Los Angeles    STATE: CA    ZIP CODE: 90017 <br> TELEPHONE NO.: (213) 337-0050    FAX NO.: (213) 337-0080 <br> EMAIL ADDRESS: <br> ATTORNEY FOR (name): Plaintiff | | **FOR COURT USE ONLY** <br><br> Electronically FILED by <br> Superior Court of California, <br> County of Los Angeles <br> 5/02/2023 1:11 PM <br> David W. Slayton, <br> Executive Officer/Clerk of Court, <br> By D. Johnson, Deputy Clerk |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Los Angeles
STREET ADDRESS: 111 NORTH HILL STREET
MAILING ADDRESS:
CITY AND ZIP CODE: LOS ANGELES, CA 90012
BRANCH NAME: LOS ANGELES SUPERIOR COURT LOS ANGELES / CENTRAL DISTRICT

PLAINTIFF: ESSEX PORTFOLIO LP
DEFENDANT: Prince Sillah
☐ DOES 1 TO 10

**COMPLAINT — UNLAWFUL DETAINER***
[X] COMPLAINT ☐ AMENDED COMPLAINT (Amendment Number):

CASE NUMBER: **23STUD15595**

Jurisdiction (check all that apply):
[X] **ACTION IS A LIMITED CIVIL CASE**
Amount demanded [X] does not exceed $10,000.
☐ exceeds $10,000 but does not exceed $25,000.

☐ **ACTION IS AN UNLIMITED CIVIL CASE** (amount demanded exceeds $25,000)
☐ **ACTION IS RECLASSIFIED** by this amended complaint or cross-complaint (check all that apply):
    ☐ from unlawful detainer to general unlimited civil (possession not in issue).    ☐ from limited to unlimited.
    ☐ from unlawful detainer to general limited civil (possession not in issue).    ☐ from unlimited to limited.

1. PLAINTIFF (name each):
   ESSEX PORTFOLIO LP

   alleges causes of action against DEFENDANT (name each):
   Prince Sillah

2. a. Plaintiff is   (1) ☐ an individual over the age of 18 years.    (4) ☐ a partnership.
              (2) ☐ a public agency.                         (5) ☐ a corporation.
              (3) [X] other (specify): Limited Partnership

   b. ☐ Plaintiff has complied with the fictitious business name laws and is doing business under the fictitious name of (specify):

3. a. The venue is the court named above because defendant named above is in possession of the premises located at (street address, apt. no., city, zip code, and county):
   6240 W. Sunset Boulevard #635
   Los Angeles, CA 90028
   County of Los Angeles

   b. The premises in 3a are (check one)
      (1) [X] within the city limits of (name of city): Los Angeles
      (2) ☐ within the unincorporated area of (name of county):

   c. The premises in 3a were constructed in (approximate year): 2020

4. Plaintiff's interest in the premises is    [X] as owner    ☐ other (specify):

5. The true names and capacities of defendants sued as Does are unknown to plaintiff.

*NOTE: Do not use this form for evictions after sale (Code Civ. Proc., § 1161a).

Page 1

Form Approved for Optional Use <br> Judicial Council of California <br> UD-100 [Rev. September 1, 2020]
**COMPLAINT — UNLAWFUL DETAINER**
Civil Code, § 1940 et seq. <br> Code of Civil Procedure, §§ 425.12 <br> www.courts.ca.gov

CEB Essential Forms
ceb.com

CASE NUMBER:      UD-100

(1) ☐ agreed to rent the premises as a ☐ month-to-month tenancy ☒ other tenancy *(specify):* 1 Year
(2) ☐ agreed to pay rent of 3 306.00 payable ☒ monthly ☐ other *(specify frequency):*
(3) ☐ agreed to pay rent on the ☒ first of the month ☐ other day *(specify):*
b. The ☒ written ☐ oral agreement was made with
    ( ) ☐ plaintiff.     (3) ☐ plaintiff's predecessor in interest.
    ☒ plaintiff's agent.     (4) ☐ Other *(specify):*
☐ The defendants not named in item 6a are
    ☐ subtenants.
2 ☐ assignees.
) ☐ Other *(specify):*
. ☐ The agreement was later changed as follows *(specify):*

e. ☐ A copy of the written agreement, including any addenda or attachments that form the basis of this complaint, is attached and labeled Exhibit 1. *(Required for residential property, unless item 6f is checked. See Code Civ. Proc., § 1166.)*
. ☒ *(For residential property)* A copy of the written agreement is **not** attached because *(specify reason):*
    (1) ☐ the written agreement is not in the possession of the landlord or the landlord's employees or agents.
    (2) ☒ this action is solely for nonpayment of rent (Code Civ. Proc., § 1161(2)).

7. The tenancy described in 6 *(complete (a) or (b))*

   a. ☒ is **not** subject to the Tenant Protection Act of 2019 (Civil Code, § 1946.2). The specific subpart supporting why tenancy is exempt is *(specify):* Not Applicable
   b. ☐ is subject to the Tenant Protection Act of 2019.

8. *(Complete only if item 7b is checked. Check all applicable boxes.)*

   a. ☐ The tenancy was terminated for at-fault just cause (Civil Code, § 1946.2(b)(1)).

   b. ☐ The tenancy was terminated for no-fault just cause (Civil Code, § 1946.2(b)(2)) and the plaintiff *(check one)*

     (1) ☐ waived the payment of rent for the final month of the tenancy, before the rent came due, under section 1946.2(d)(2), in the amount of $
     (2) ☐ provided a direct payment of one month's rent under section 1946.2(d)(3), equaling $ to *(name each defendant and amount given to each):*

   c. ☐ Because defendant failed to vacate, plaintiff is seeking to recover the total amount in 8b as damages in this action.

9. a. ☒ Defendant *(name each):* Prince Sillah

was served the following notice on the same date and in the same manner:

(1) ☒ 3-day notice to pay rent or quit     (5) ☐ 3-day notice to perform covenants or quit
(2) ☐ 30-day notice to quit                 *(not applicable if item 7b checked)*
(3) ☐ 60-day notice to quit                 (6) ☐ 3-day notice to quit under Civil Code, § 1946.2(c)
(4) ☐ 3-day notice to quit                   Prior required notice to perform covenants served *(date):*
                                               (7) ☐ Other *(specify):*

UD-100 [Rev. September 1, 2020]         **COMPLAINT — UNLAWFUL DETAINER**         Page 2

CEB Essential Forms

| | |
|---|---|
| PLAINTIFF: ESSEX PORTFOLIO LP | CASE NUMBER: |
| DEFENDANT: Prince Sillah | UD-100 |

9. b. (1) On *(date):* 04/14/2023            the period stated in the notice checked in 9a expired at the end of the day.
   (2) Defendants failed to comply with the requirements of the notice by that date.
   c. All facts stated in the notice are true.
   d. [X] The notice included an election of forfeiture.
   e. [X] A copy of the notice is attached and labeled Exhibit 2. *(Required for residential property. See Code Civ. Proc., § 1166. When Civil Code, § 1946.2(c), applies and two notices are required, provide copies of both.)*
   f. [ ] One or more defendants were served (1) with the prior required notice under Civil Code, § 1946.2(c), (2) with a different notice, (3) on a different date, or (4) in a different manner, as stated in Attachment 10c. *(Check item 10c and attach a statement providing the information required by items 9a–e and 10 for each defendant and notice.)*

10. a. [X] The notice in item 9a was served on the defendant named in item 9a as follows:
    (1) [ ] By personally handing a copy to defendant on *(date):*
    (2) [ ] By leaving a copy with *(name or description):*
        a person of suitable age and discretion, on *(date):*                  at defendant's
        [ ] residence  [ ] business  AND mailing a copy to defendant at defendant's place of residence
        on *(date):*           because defendant cannot be found at defendant's residence or usual place of business.
    (3) [X] By posting a copy on the premises on *(date):* 04/11/2023
        [X] AND giving a copy to a person found residing at the premises AND mailing a copy to defendant at the premises
        on *(date):* 04/11/2023
        (a) [ ] because defendant's residence and usual place of business cannot be ascertained OR
        (b) [X] because no person of suitable age or discretion can be found there.
    (4) [ ] *(Not for 3-day notice; see Civil Code, § 1946, before using)* By sending a copy by certified or registered mail addressed to defendant on *(date):*
    (5) [ ] *(Not for residential tenancies; see Civil Code, § 1953, before using)* In the manner specified in a written commercial lease between the parties
    b. [ ] *(Name):*
    was served on behalf of all defendants who signed a joint written rental agreement.
    c. [ ] Information about service of notice on the defendants alleged in item 9f is stated in Attachment 10c.
    d. [X] Proof of service of the notice in item 9a is attached and labeled Exhibit 3.

11. [ ] Plaintiff demands possession from each defendant because of expiration of a fixed-term lease.
12. [X] At the time the 3-day notice to pay rent or quit was served, the amount of **rent due was** $ 3,306.00
13. [X] The fair rental value of the premises is $ 110.20 per day.
14. [ ] Defendant's continued possession is malicious, and plaintiff is entitled to statutory damages under Code of Civil Procedure section 1174(b). *(State specific facts supporting a claim up to $600 in Attachment 14.)*
15. [X] A written agreement between the parties provides for attorney fees.
16. [ ] Defendant's tenancy is subject to the local rent control or eviction control ordinance of *(city or county, title of ordinance, and date of passage):*

    Plaintiff has met all applicable requirements of the ordinances.

17. [X] Other allegations are stated in Attachment 17.
18. Plaintiff accepts the jurisdictional limit, if any, of the court.

**COMPLAINT — UNLAWFUL DETAINER**

UD-100 [Rev. September 1, 2020]
CEB Essential Forms

Page 3 of

| | | UD-100 |
|---|---|---|
| PLAINTIFF: ESSEX PORTFOLIO LP | CASE NUMBER: | |
| DEFENDANT: Prince Sillah | | |

**19. PLAINTIFF REQUESTS**
a. possession of the premises.
b. costs incurred in this proceeding:
c. [X] past-due rent of $ 3,306.00
d. [X] reasonable attorney fees.
e. [X] forfeiture of the agreement.
f. [ ] damages in the amount of waived rent or relocation assistance as stated in item 8: $
g. [X] damages at the rate stated in item 13 from (date): 05/01/2023 for each day that defendants remain in possession through entry of judgment.
h. [ ] statutory damages up to $600 for the conduct alleged in item 14.
i. [ ] other (specify):

**20.** [X] Number of pages attached (specify): 5

**UNLAWFUL DETAINER ASSISTANT** (Bus. & Prof. Code, §§ 6400–6415)

**21.** [X] (Complete in all cases.) An unlawful detainer assistant [X] did not [ ] did for compensation give advice or assistance with this form. (If declarant has received any help or advice for pay from an unlawful detainer assistant, complete a–f.)

a. Assistant's name:
b. Street address, city, and zip code:
c. Telephone no.:
d. County of registration:
e. Registration no.:
f. Expires on (date):

Date: 04/27/2023

Chris Evans
(TYPE OR PRINT NAME)

▶ /s/ Chris Evans
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

**VERIFICATION**
(Use a different verification form if the verification is by an attorney or for a corporation or partnership.)

I am the plaintiff in this proceeding and have read this complaint. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 04/27/2023

_____
(TYPE OR PRINT NAME)

▶ See Attachment
(SIGNATURE OF PLAINTIFF)

**COMPLAINT — UNLAWFUL DETAINER**

UD-100 [Rev. September 1, 2020]
CEB Essential Forms

# PROOF OF SERVICE
## (C.C.P SEC. 1013a)

I, Anthony Dulce, declare as follows:

I am over the age of 18 and not a party to the action herein. My mailing address is 6240 W. Sunset Blvd., #635 Los Angeles, CA 90028

On March 20, 2024 I served the foregoing documents described on the interested parties in this action as follows:

**DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT**

By mail by placing a true copy thereof enclosed in a sealed envelope addressed to:

Chris Evans, Esq.
Kimball, Tirey, & St. John Paul
915 Wilshire Blvd., STE 1650
Los Angeles, CA 90017

I declare under penalty and perjury under the laws of California that the foregoing is true and correct. Executed on March 20, 2024, at Los Angeles, California.

/s/Anthony Dulce
Anthony Dulce

5.
DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT